■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LACEY WM. ALLEN, Respondent, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion to prosecute appeal as a poor person granted.

The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.